– 1 –

Michele J. Beilke (State Bar No. 194098)
mbeilke@reedsmith.com
Julia Y. Trankiem (State Bar No. 228666)
jtrankiem@reedsmith.com
REED SMITH LLP
355 South Grand Avenue, Suite 2800
Los Angeles, California 90071
Telephone:    213.457.8000
Facsimile:    213.457.8080

Attorneys for Defendants
THE CHEFS' WAREHOUSE WEST COAST, LLC (erroneously sued as THE CHEFS' WAREHOUSE, INC.) and DEL MONTE CAPITOL MEAT COMPANY, LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHRISTOPHER FONTANA,<br><br>　　　　　　　Plaintiff,<br><br>　　vs.<br><br>THE CHEFS' WAREHOUSE, INC., a Delaware corporation, individually and dba DEL MONTE CAPITOL MEAT COMPANY, LLC; DEL MONTE CAPITOL MEAT COMPANY, LLC, a Delaware limited liability company; and DOES 1-50, inclusive,<br><br>　　　　　　　Defendants. | Case No.: 3:16-cv-06521-HSG<br><br>Assigned to Honorable Haywood S. Gilliam, Jr.<br><br>**ORDER GRANTING DEFENDANTS' MOTION TO APPEAR TELEPHONICALLY AT THE CASE MANAGEMENT CONFERENCE**<br><br>Date:  February 14, 2017<br>Time:  2:00 p.m.<br>Courtroom:  10<br><br>Complaint filed: August 26, 2016 |

REED SMITH LLP
A limited liability partnership formed in the State of Delaware

– 2 –

1  Having considered the request of Defendants The Chefs' Warehouse West Coast, LLC
2  (erroneously sued as The Chefs' Warehouse, Inc.) and Del Monte Capitol Meat Company, LLC (together,
3  "Defendants") for telephonic appearance and good cause appearing therefore, it is hereby ORDERED
4  that Defendants are excused from personally appearing at the upcoming Case Management
5  Conference set for February 14, 2017 at 2:00 p.m. and may appear telephonically.  Counsel shall
6  contact CourtCall at (866) 582-6878 to make arrangements for the telephonic appearance.

8  Dated:  December 29, 2016

                                              Hon. Haywood S. Gilliam, Jr.
9                                                United States District Judge

REED SMITH LLP
A limited liability partnership formed in the State of Delaware

[PROPOSED] ORDER RE DEFENDANTS' MOTION TO APPEAR TELEPHONICALLY
AT THE CASE MANAGEMENT CONFERENCE