# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHRISTOPHER FONTANA<br>　　　　　Plaintiff(s)<br>v.<br>THE CHEF'S WAREHOUSE, INC.<br>　　　　　Defendant(s) | CASE No C 16-CV-06521-HSG<br><br>STIPULATION AND ~~[PROPOSED]~~<br>ORDER SELECTING ADR PROCESS |

Counsel report that they have met and conferred regarding ADR and have reached the following stipulation pursuant to Civil L.R. 16-8 and ADR L.R. 3-5. The parties agree to participate in the following ADR process:

☐ **Early Neutral Evaluation (ENE)** (ADR L.R 5)

☒ **Mediation** (ADR L.R. 6)

☐ **Private ADR** *(specify process and provider)*

*Note: Magistrate judges do not conduct mediations under ADR L.R. 6. To request an early settlement conference with a Magistrate Judge, you must file a Notice of Need for ADR Phone Conference. Do not use this form. See Civil Local Rule 16-8 and ADR L.R. 3-5.*

The parties agree to hold the ADR session by:

☐ the presumptive deadline *(90 days from the date of the order referring the case to ADR, unless otherwise ordered.)*

☒ other requested deadline: Defendant intends to file a motion to compel arbitration. In the event the motion is denied, ADR should be ordered within 60 days from the date thereof.

Date: February 6, 2017　　　　　　　/s/ Sarah S. Wright
　　　　　　　　　　　　　　　　　　Attorney for Plaintiff

Date: February 6, 2017　　　　　　　/s/ Julia Y. Trankiem
　　　　　　　　　　　　　　　　　　Attorney for Defendant

☒ IT IS SO ORDERED
☐ IT IS SO ORDERED WITH MODIFICATIONS:

Date: 2/6/2017

U.S. DISTRICT ~~MAGISTRATE~~ JUDGE

Form ADR-Stip rev. 1-2017


American LegalNet, Inc.
www.FormsWorkFlow.com